IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ARTARIUS JETT, #R-08785, | ) |
| Plaintiff, | ) |
| vs. | ) No. 11-cv-01091 |
| SUSAN PRENTICE, GUY PIERCE, MICHAEL MELVIN, and CRAIG BULL, | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants, SUSAN PRENTICE, GUY PIERCE, MICHAEL MELVIN, and CRAIG BULL, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, pursuant to Federal Rule of Civil Procedure 56, and hereby submit their Motion for Summary Judgment.  In support thereof, Defendants state as follows:

1. Plaintiff filed the instant Amended Complaint for alleged violations of his constitutional rights at Pontiac Correctional Center.  (Court Doc. # 7.)  Plaintiff's Amended Complaint articulated a violation of his Due process rights based on a transfer to segregation for 89 days, and a violation of his Eighth Amendment rights for failing to provide adequate clothing.  (Court Doc. # 9 at 2.)

2. The record, construed most liberally in Plaintiff's favor, does not demonstrate a violation of Plaintiff's constitutional rights.

3. Plaintiff will be unable to sustain his burden to prove a violation of his constitutional rights based on the allegations in the Complaint.

4. There is no genuine dispute of material fact that Defendants did not violate Plaintiff's constitutional rights and, therefore, are entitled to judgment as a matter of law.

5. Filed contemporaneously and incorporated herein is Defendants' Memorandum of Law in support of this motion.

WHEREFORE, for the forgoing reasons, Defendants respectfully request this Court grant Defendants' Motion for Summary Judgment and any other relief deemed necessary and just.

Respectfully submitted,

SUSAN PRENTICE, GUY PIERCE
MICHAEL MELVIN and CRAIG BULL,

Defendants.

LISA MADIGAN, Attorney General,
State of Illinois.

Attorney for Defendants.

Jerrod L. Williams, #6278719
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
Phone: (217) 557-0261
Fax: (217) 524-5091

By: s/ Jerrod L. Williams
JERROD L. WILLIAMS

Of Counsel.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ARTARIUS JETT, #R-08785, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 11-cv-01091 |
| | ) |
| LIEUTENANT PRENTICE, WARDEN | ) |
| GUY PIERCE, SUPERINTENDENT | ) |
| MICHAEL MELVIN, CRAIG BULL, | ) |
| CLOTHING ROOM EMPLOYEE, | ) |
| JOHN DOE REVIEWING OFFICER, | ) |
| and JANE DOE REVIEWING OFFICER, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2012, I electronically filed Defendants' Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on March 29, 2012, I mailed by United States Postal Service, the document to the following non-registered participant:

Artarius Jett, #R-08785
Pontiac Correctional Center
Inmate Mail/Parcels
PO Box 99
Pontiac, IL 61764

                                              Respectfully Submitted,
                                              s/ Jerrod L. Williams
                                              Jerrod L. Williams, #6278719
                                              Attorney for Defendants
                                              Office of the Attorney General
                                              500 South Second Street
                                              Springfield, IL  62706
                                              Telephone:  (217) 557-0261
                                              Facsimile:  (217) 524-5091
                                              jlwilliams@atg.state.il.us